## STATE OF CONNECTICUT *v.* CARMELO T.

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 543 (AC 28238), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Michael Zariphes*, special public defender, in support of the petition.

*Raheem L. Mullins*, deputy assistant state's attorney, in opposition.

Decided November 13, 2008

## JOSEPH HOSKIE *v.* COMMISSIONER OF CORRECTION

The petitioner Joseph Hoskie's petition for certification for appeal from the Appellate Court, 110 Conn. App. 845 (AC 29128), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

*Laurie N. Feldman*, special deputy assistant state's attorney, in opposition.

Decided November 13, 2008